JENNIFER A. DEINES (MD SBN 0712110190)
Acting Deputy Special Counsel
C. SEBASTIAN ALOOT (SBN 68410)
Special Litigation Counsel
LISA R. SANDOVAL (NY SBN 5108865)
SEJAL P. JHAVERI (NY SBN 5396304)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5736 (Sandoval)
(202) 305-7376 (Jhaveri)
(202) 616-5509 (Fax)
Lisa.Sandoval@usdoj.gov
Sejal.Jhaveri@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. _____2:21-mc-00043_____ |
| Petitioner, | **UNITED STATES' NOTICE OF APPLICATION AND APPLICATION FOR ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA** |
| v. | |
| SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a SPACEX, | [To Be Assigned] United States District Judge |
| Respondent. | |

**NOTICE OF APPLICATION AND APPLICATION TO ENFORCE SUBOENA**

PLEASE TAKE NOTICE that Petitioner United States of America will, and hereby does, move this Court for an order requiring Respondent Space Exploration Technologies Corp., d/b/a SpaceX ("SpaceX") to comply with Investigatory Subpoena Number 2021S00001 ("Subpoena"). The United States requests that the assigned district judge schedule a hearing to occur on or after February 25, 2021.

Petitioner respectfully applies to this Court to order SpaceX to comply with the Subpoena because the Subpoena is enforceable and not overbroad or unduly burdensome.

This Application is based on the Notice, Memorandum in Support attached hereto, and Declaration of Lisa R. Sandoval and the attached exhibits in support.

Under Local Rules 7-3 and 16-12(g) the parties need not meet and confer prior to the filing of this Application.

Dated: January 28, 2021

Respectfully submitted,

JENNIFER A. DEINES
Acting Deputy Special Counsel
C. SEBASTIAN ALOOT
Special Litigation Counsel


  /s/ Lisa R. Sandoval
LISA R. SANDOVAL
SEJAL P. JHAVERI
Trial Attorneys
Attorneys for the United States

# APPLICATION FOR ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA

Petitioner, United States of America, hereby petitions for an order requiring Space Exploration Technologies Corp., d/b/a SpaceX ("SpaceX") to comply with Investigatory Subpoena Number 2021S00001 ("Subpoena"), served on October 12, 2020. In support of this Application, the United States respectfully submits the accompanying Memorandum in Support and Declaration of Lisa R. Sandoval and avers the following:

1. This Application is made in accordance with 8 U.S.C. § 1324b(f)(2) and 28 C.F.R. § 68.25(e).
2. The Court has subject matter jurisdiction over this summary enforcement proceeding pursuant to 8 U.S.C. § 1324b(f)(2) and 28 U.S.C. §§ 1331 and 1345.
3. This judicial district is a proper venue under 28 U.S.C. § 1391(b)(1) and (b)(2) because SpaceX is located in this district, and because a substantial part of the events and omissions giving rise to this enforcement proceeding occurred in this district.
4. The Immigrant and Employee Rights Section ("IER"), Civil Rights Division, U.S. Department of Justice, enforces the anti-discrimination provision of the Immigration and Nationality Act ("INA"), which prohibits employment discrimination on the basis of citizenship and national origin. *See* 8 U.S.C. § 1324b.
5. Defendant is SpaceX, headquartered at 1 Rocket Road, Hawthorne, CA 90250. Upon information and belief, at all relevant times SpaceX maintained an office and transacted business in this judicial district.
6. On May 29, 2020, IER opened an investigation of SpaceX to determine whether it had engaged in an individual violation or pattern or practice of (1) citizenship status discrimination in hiring, firing, or recruitment or referral for a fee in violation of 8 U.S.C. §§ 1324b(a)(1), and/or (2) requesting more or different

documents than are required to establish employment eligibility, or rejecting documents that reasonably appear genuine (commonly called "unfair documentary practices") based on citizenship status or national origin, in violation of 8 U.S.C. § 1324b(a)(6).

7. On October 7, 2020, IER obtained the Subpoena from Administrative Law Judge Jean King of the United States Department of Justice, Executive Office for Immigration Review, Office of the Chief Administrative Hearing Officer ("OCAHO"), requiring SpaceX to produce to IER the documents described in Attachment A to the Subpoena by 3:00 p.m. EDT on October 22, 2020. IER served the Subpoena on SpaceX via FedEx on October 9, 2020, and SpaceX received the Subpoena on October 12, 2020.

8. On October 26, 2020, SpaceX filed a Petition to Modify or Revoke OCAHO Subpoena Duces Tecum pursuant to 28 C.F.R. § 65.25(e).

9. IER opposed the Petition to Modify or Revoke the Subpoena Duces Tecum on November 1, 2020.

10. On December 1, 2020, OCAHO issued an order denying SpaceX's Petition to Modify or Revoke the Subpoena, requiring that SpaceX comply with the Subpoena within 14 days from the date of the Order, and authorizing IER to pursue enforcement of the Subpoena with the appropriate United States district court, if SpaceX failed to comply.

11. To date, SpaceX has refused to comply with the Subpoena.

12. The Declaration of Lisa R. Sandoval and the attached exhibits provide additional factual support for this Application. The exhibits are incorporated by reference into this Application.

WHEREFORE, the United States respectfully petitions this Court to:

1. Issue an Order directing SpaceX to comply with the Subpoena within 14 days of the Court's Order; and

//

2. Grant such other relief, including appropriate costs, as this Court deems necessary and appropriate.

Respectfully submitted,

Dated: January 28, 2021

JENNIFER A. DEINES
Acting Deputy Special Counsel

C. SEBASTIAN ALOOT
Special Litigation Counsel

/s/ *Lisa R. Sandoval*
LISA R. SANDOVAL
SEJAL P. JHAVERI
Trial Attorneys

U.S. Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section

Attorneys for the United States of America