UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. _____ 2:21-mc-00043 _____ |
|---|---|
| Petitioner, | **[PROPOSED] ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA** |
| v. | |
| SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a SPACEX, | [NAME]<br>United States District Judge |
| Respondent. | |

The Court, having reviewed the United States' Application for Order Requiring Compliance with Administrative Subpoena, finds that the United States has established that Investigatory Subpoena Number 2021S00001 ("Subpoena") served on Space Exploration Technologies Corp., d/b/a SpaceX ("SpaceX") meets the requirements for enforcement.

//

//

//

//

1

IT IS HEREBY ORDERED that, within 14 days of the date of this Order, SpaceX shall comply with the Subpoena by producing the documents electronically to Sejal.Jhaveri@usdoj.gov and Lisa.Sandoval@usdoj.gov.

DATED: _____

_____
[NAME]
United States District Judge

Presented by:
SEJAL P. JHAVERI
Trial Attorney
SEBASTIAN A. ALOOT
Special Litigation Counsel
JENNIFER A. DEINES
Acting Deputy Special Counsel


   /s/ *Lisa R. Sandoval*
LISA R. SANDOVAL
Trial Attorney

Attorneys for the United States of America