JENNIFER A. DEINES (MD SBN 0712110190)
Acting Deputy Special Counsel
C. SEBASTIAN ALOOT (SBN 68410)
Special Litigation Counsel
LISA R. SANDOVAL (NY SBN 5108865)
SEJAL P. JHAVERI (NY SBN 5396304)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5736 (Sandoval)
(202) 305-7376 (Jhaveri)
(202) 616-5509 (Fax)
Lisa.Sandoval@usdoj.gov
Sejal.Jhaveri@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a SPACEX,<br><br>Respondent. | No. 2:21-mc-43 DMG (MRWx)<br><br>**PROOF OF SERVICE OF APPLICATION FOR ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA AND RELATED DOCUMENTS** |

1

# PROOF OF SERVICE

I, Sejal P. Jhaveri, declare:

I am over the age of 18 and not a party to the within action. I am employed by the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section. My business address is 950 Pennsylvania Avenue, NW, Washington, DC 20530.

On January 29, 2021, I served United States' Notice of Application and Application for Order to Comply with Administrative Subpoena, Memorandum in Support of United States' Application for Order to Comply With Administration Subpoena, Declaration or Lisa R. Sandoval in Support of Application for Order to Comply With Administrative Subpoena and accompanying exhibits, Proposed Order to Comply With Administrative Subpoena, and Notice of Assignment to United States Judges, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and depositing the same with common carrier United States Postal Service for certified mail delivery.

Date and Place of Service: January 29, 2021, Washington, DC.

Person(s) and/or Entity(ies) to Whom Mailed:

Charles F. Connolly, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   January 29, 2021 at Washington, DC.

/s/ Sejal P. Jhaveri
Sejal P. Jhaveri
Trial Attorney