UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | Misc. 21-43 DMG (MRWx) | Date | January 29, 2021 |
|---|---|---|---|
| Title | United States v. SpaceX | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:**   ORDER RE: VIDEO STATUS CONFERENCE

   1. The government filed an application for a district court order compelling SpaceX to comply with an administrative subpoena. (Docket # 1.) District Judge Gee referred the application to Magistrate Judge Wilner for preliminary consideration. (Docket # 4.)

   2. The government is directed to promptly serve SpaceX (presumably through Messrs. Connolly and DiPiero at the Akin Gump firm) with the moving papers, the Court's procedural orders, and this order by e-mail.

   3. Judge Wilner would value a discussion and planning session with the lawyers before setting a briefing schedule on the application. Based on my preliminary review of SpaceX's petition to modify the subpoena and the ALJ's decision, a topic that likely will come up in this district court is how SpaceX plans to prove that compliance with the subpoena would be unduly burdensome for the company. I'd like to explore that topic (and probably others) with the parties before formal briefing begins. Additionally, if both parties wish to discuss other potential ways to resolve the action short of full-on litigation, I'd be willing to talk about that too.

   4. So, the matter will be set for a video conference on Monday, February 8, at 10 a.m. PT. The Clerk will send a separate e-mail with call-in instructions as that date approaches. (OK to jointly request a different date and time if there are availability problems.)

   5. To level the research playing field, the parties are directed to my recent analysis in an analogous (although clearly distinguishable) subpoena enforcement action. EEOC v. Nationwide Janitorial Services, Inc., No. Misc. 18-96 ODW (MRWx), 2018 WL 4563053 (C.D. Cal. 2018).