JENNIFER A. DEINES (MD SBN 0712110190)
Acting Deputy Special Counsel
C. SEBASTIAN ALOOT (SBN 68410)
Special Litigation Counsel
LISA R. SANDOVAL (NY SBN 5108865)
SEJAL P. JHAVERI (NY SBN 5396304)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 532-5736 (Sandoval)
(202) 305-7376 (Jhaveri)
(202) 616-5509 (Fax)
Lisa.Sandoval@usdoj.gov
Sejal.Jhaveri@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a SPACEX,<br><br>Respondent. | No. 2:21-mc-43 DMG (MRWx)<br><br>**CERTIFICATE OF SERVICE OF APPLICATION FOR ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA AND RELATED DOCUMENTS BY E-MAIL** |

# CERTIFICATE OF SERVICE

I, Sejal P. Jhaveri, declare:

I am over the age of 18 and not a party to the within action. I am employed by the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section. My business address is 950 Pennsylvania Avenue, NW, Washington, DC 20530.

On February 1, 2021, pursuant to Judge Milner's January 29, 2021 Order (ECF No. 6), I served United States' Notice of Application and Application for Order to Comply with Administrative Subpoena, Memorandum in Support of United States' Application for Order to Comply With Administration Subpoena, Declaration or Lisa R. Sandoval in Support of Application for Order to Comply With Administrative Subpoena and accompanying exhibits, Proposed Order to Comply With Administrative Subpoena, Civil Cover Sheet, Notice of Assignment to United States Judges, (In Chambers) Order by Judge Dolly M. Gee, Proof of Service Filed by the United States, Minute (In Chambers) Order RE: Video Status Conference on each person or entity named below by e-mail.

Date and Place of Service: February 1, 2021, Washington, DC.

Person(s) and/or Entity(ies) to Whom E-mailed:

Charles F. Connolly, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
cconnolly@akingump.com

Joseph DiPiero
Akin, Gump, Strauss, Hauer & Feld, LLP
jdipiero@akingump.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   February 1, 2021 at Washington, DC.

                                               /s/ Sejal P. Jhaveri
                                               Sejal P. Jhaveri
                                               Trial Attorney