Name and address:
Charles F. Connolly, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff(s) <br><br> v. <br><br> Space Exploration Technologies, Corp., d/b/a SpaceX <br><br> Defendant(s). | CASE NUMBER <br><br> 2:21-mc-00043-DMG-MRW <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Connolly, Charles F.        of    Akin, Gump, Strauss, Hauer & Feld, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2001 K Street, NW
(202) 887-4070     (202) 887-4288    Washington, DC 20006
*Telephone Number*    *Fax Number*
cconnolly@akingump.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant SpaceX

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Ro, Jessica H.        of    Akin Gump Strauss Hauer & Feld, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1999 Avenue of the Stars, Suite 600
329737   (310) 229-1000   (310) 229-1001    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jro@akingump.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                    Michael R. Wilner
                                    U.S. District Judge/U.S. Magistrate Judge