Name and address:
James Tysse, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                            Plaintiff(s)<br>                    v.<br><br>Space Exploration Technologies, Corp., d/b/a SpaceX<br><br>                            Defendant(s). | CASE NUMBER<br>2:21-mc-00043-DMG-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tysse, James         of         Akin, Gump, Strauss, Hauer & Feld, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*              2001 K Street, NW
(202) 887-4571      (202) 887-4288                              Washington, DC 20006
*Telephone Number*      *Fax Number*
jtysse@akingump.com
*E-Mail Address*                                           *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant SpaceX

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Ro, Jessica H.         of         Akin Gump Strauss Hauer & Feld, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           1999 Avenue of the Stars, Suite 600
329737      (310) 229-1000      (310) 229-1001               Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
jro@akingump.com
*E-Mail Address*                                           *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
                  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
                  ☐ for failure to complete Application: _____
                  ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
                  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
                  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                                         Michael R. Wilner
                                                   U.S. District Judge/U.S. Magistrate Judge