Name and address:
Joseph DiPiero, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-mc-00043-DMG-MRW |
| v. | |
| Space Exploration Technologies, Corp., d/b/a SpaceX | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

DiPiero, Joseph     of     Akin, Gump, Strauss, Hauer & Feld, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     2001 K Street, NW
(202) 887-4263     (202) 887-4288     Washington, DC 20006
*Telephone Number*     *Fax Number*
jdipiero@akingump.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant SpaceX

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Ro, Jessica H.     of     Akin Gump Strauss Hauer & Feld, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     1999 Avenue of the Stars, Suite 600
329737     (310) 229-1000     (310) 229-1001     Los Angeles, CA 90067
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
jro@akingump.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                    Michael R. Wilner

                                    U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1