# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | MC 21-43-DMG (MRWx) |
| v. | |
| SPACE EXPLORATION TECHNOLOGIES CORP. d/b/a SPACEX | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Connolly, Charles F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 887-4070       (202) 887-4288
*Telephone Number*    *Fax Number*

cconnolly@akingump.com
*E-Mail Address*

of  Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

SpaceX

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Ro, Jessica H.
*Designee's Name (Last Name, First Name & Middle Initial)*

329737       (310) 229-1000       3102291001
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

jro@akingump.com
*E-Mail Address*

of  Akin, Gump, Strauss, Hauer & Feld, LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: February 5, 2021

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**