# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | Misc. 21-43 DMG (MRWx) | Date | February 8, 2021 |
|---|---|---|---|
| Title | United States v. SpaceX | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER RE: SCHEDULING

1. The Court conducted a video hearing with the parties today. Based on that discussion, here's the scheduled for the subpoena enforcement action:

    a. SpaceX's responsive submission (NTE 25 pages plus relevant exhibits / attachments / declarations) due by Friday, February 26.

    b. The government's optional reply (same limits) due by Friday, March 12.

    c. Video hearing tentatively set for Thursday, March 18, at 10 a.m. PT.

2. The parties may jointly contact the Clerk at the chambers' e-mail address to request revisions to the schedule or to arrange additional meetings with Judge Wilner.