# EXHIBIT 2

SpaceX Proprietary and Confidential Information

# Fabian Hutter

Phone Interview #1, Jun 8, 2020
**Technical Strategy Associate**
Redmond, WA

| Personal Info | | Source |
|---|---|---|
| | | Responded to an ad on LinkedIn Limited Listing |

**Phone number**
650 (other)

**Email**
@gmail.com

**Address**
--

**Social Media**
--

**Websites**
--

## Responsibility

**Recruiter**
Jesse Klekamp

**Coordinator**
Abigail Bentz

## Candidate Application

**Job Post Questions**

**GPA (Undergraduate)**


**GPA (Graduate)**
Not applicable

**SAT Score**
Did not take

**ACT Score**


**GRE Score**
Did not take

GMAT Score

██████

SpaceX Employment History
I have never worked for SpaceX

If applicable, what is / was your SpaceX email address?
--

How many years of professional work experience do you have?
2

Active Security Clearance(s)
Not Applicable

LinkedIn Profile
--

Additional Link
--

How did you hear about this job?
Company Website

Please specify
--

Are you legally authorized to work in the United States?
I am authorized to work in the United States for any employer

Citizenship Status
(b) U.S. lawful permanent resident

If (f) Other, please explain:
--

SpaceX Proprietary and Confidential Information

# Interview Prep

## Purpose

- Dig in deeper with a set of behavioral & technical questions that target your desired skill set
- Determine whether the candidate should be brought in for an on-site interview
- Let the candidate know what to expect next in your process

## Sample Questions

- Tell me about the most difficult technical challenge you've encountered and how you resolved it.
- Tell me about a recent project or process that you made better, faster, or more efficient.
- Tell me about a time when you had to balance multiple tasks with competing priorities.
- Tell me about a time you were asked to do something you had never done before. How did you react, and what did you learn?
- Tell me about a time when a project didn't go the way you expected. How did you handle it?
- Tell me about a side project you've worked on in the past year.
- Tell me about a time you failed. What did you learn?
- Tell me about a time when you disagreed with a peer or coworker. How did you reach a positive outcome?
- Tell me about a time when you needed to acquire a new technical skill. How did you ramp up?
- Tell me something about yourself that's not listed on your resume.
- Do you have any questions for me?

SpaceX Proprietary and Confidential Information
Powered by Greenhouse

3

# Scorecard

Key Take-Aways

Did not show flexibility when asked to think through Starlink specific constellation questions. Unclear on motivation for working on Starlink or in explaining why he started his 2 startups and now is moving on from them.

Recommend reject as motivation in particular was concerning and he didn't show strength on the starlink strategy questions.

Recommended next step:

Reject – Would not recommend candidate for SpaceX

Overall Recommendation

Did the candidate pass the interview?

| Definitely Not | **No** | Yes | Strong Yes |

Does the candidate show clear competence in the following areas?

**Attributes**

Cognitive Ability

Flexibility & Adaptability 👎

Interpersonal Skills

Motivation 👎

Team Amplification

Technical Skills

SpaceX Proprietary and Confidential Information

# Fabian Hutter



Brunn am Gebirge, Austria

+1 (650) ███████; +43 ███████████
@██████, ███████@gmail.com

---

### Education

**University of Pennsylvania, Wharton School** / B.Sc. in Economics
2014 - 2018, Class of 2018; Philadelphia, USA

Relevant Coursework: Venture Capital, Advanced Financial Management, M&A, Introduction to Econometrics, Capital Markets, Systematic Idea Generation

**Kollegium Kalksburg** / Gymnasium
2005 - 2013; Vienna, Austria

---

### Experience

**pivot /** Founder
May 2019 - PRESENT;  Vienna, Austria

Created carbon life cycle estimates for over 550 different car models sold in Europe and built an mobile-first, interactive online calculator based on the Typeform Javascript APK in less than 3 months

**Lucie /** Co-Founder
April 2018 - May 2019;  Herzliya, Israel + Philadelphia, USA

Involved in all aspects, such as product design, market research, medical partnerships, Acquired $30K in seed funding by former Rakuten employees, **bootstrapped a fully-functioning 5-channel EEG wearable** with potential medical grade certification

**Speedinvest /** VC Summer Analyst (Fintech)
July 2017 - September 2017; Vienna, Austria

Responsible for performing due diligence, comparables and precedent transaction analyses, creating fundraising- and external client presentations, tracked fundraising process and pledged investments

---

### Leadership

**European Horizon** (Yale University) / Co-Founder
June 2015 - April 2018;  New Haven, USA

Established long-term sponsorship funds over $100,000 by Google for student conferences (Transatlantic Digital Economy Youth Summit, ESC), Successfully recruited over 20 university chapters across the United States and Europe, founded a **student-run seed fund that gives out bi-yearly $5,000 stipends**

---

### Other Information

**Languages**  Fluent in English, German, and Portuguese; Intermediate in French and Spanish

**Skills**  Expert in Excel, PowerPoint, and Data Mining (R); Intermediate in Python and Java

**Nationalities**  Austrian, Canadian

SpaceX Proprietary and Confidential Information

Ex. 2
Page 7