# EXHIBIT 5

**SPACEX – PRODUCTION INDEX**

| # | DOCUMENT TYPE | DOCUMENT DESCRIPTION | FILE NAME |
|---|---|---|---|
| 1 | Policies, Procedures, Training Manuals | Step-by-step instructions for entering timesheets. | Adding or Correcting Timesheet Punches.pdf |
| 2 | Policies, Procedures, Training Manuals | User guide for Human Resources software. | Confluence-Greenhouse Help Center.pdf |
| 3 | Policies, Procedures, Training Manuals | User guide for Human Resources software. | Confluence-Workday Training.pdf |
| 4 | Policies, Procedures, Training Manuals | Overview of types of disciplinary actions. | Disciplinary Action Process.pdf |
| 5 | Policies, Procedures, Training Manuals | Overview of ITAR verification policy. | EMPLDEV-NewHireITARVerificationPolicyandEmploymentAuthorizationTracking-260620-1018-378_Redacted.pdf |
| 6 | Policies, Procedures, Training Manuals | Overview of E-verify process. | E-Verify Quick Reference Guide for Employers (2).pdf |
| 7 | Hutter Materials | Interview feedback for Fabian Hutter. | Fabian Hutter - Interview Feedback.pdf |
| 8 | Hutter Materials | Background materials used for Fabian Hutter interview. | Fabian Hutter - Interview Kit.pdf |
| 9 | Personnel Data | SpaceX job listings posted between June 2019 to June 2020. | GH - Jobs posted 6.1.19-6.12.20 W.Opening data (Production).xlsx |
| 10 | Personnel Data | SpaceX jobs filled after June 2019. | GH - Positions Filled After 6.1.19 not posted after 6.1.19 (Production).xls |
| 11 | Policies, Procedures, Training Manuals | Overview of federal laws governing international dealings, including export controls, economic sanctions, and anti-corruption laws. | Global Trade Controls Training.pdf |
| 12 | Policies, Procedures, Training Manuals | Overview of criteria to use during job interview. | Guide to Ranking Interview Answers v3.pdf |
| 13 | Policies, Procedures, Training Manuals | Step-by-step instructions for requesting time off and viewing timesheets. | How to Enter PTO and Review Timesheets.pdf |
| 14 | Policies, Procedures, Training Manuals | Instructions for complying with Form I-9 regulations. | How to Guide - I-9_Redacted.pdf |

| # | DOCUMENT TYPE | DOCUMENT DESCRIPTION | FILE NAME |
|---|---|---|---|
| 15 | Hutter Materials | Email chain between Jesse Klekamp and Fabian Hutter. | Hunter_Fabian-Activity_Redacted.pdf |
| 16 | Hutter Materials | Screenshot of Fabian Hutter's application review. | Hunter_Fabian-Harris Scorecard.pdf |
| 17 | Hutter Materials | Screenshot of Fabian Hutter's application review. | Hunter_Fabian-Tallmadge Phone Screen.pdf |
| 18 | Policies, Procedures, Training Manuals | Screenshot of Fabian Hutter's application review. | Hunter_Fabian-Tallmadge Scorecard.pdf |
| 19 | Policies, Procedures, Training Manuals | List of potential questions for job applicants. | Interview 101 Questions 7.30.15.pdf |
| 20 | Policies, Procedures, Training Manuals | Instructions for new employees regarding ITAR verification. | ITAR Acceptable Documents.pdf |
| 21 | Policies, Procedures, Training Manuals | Slide deck providing overview of ITAR verification and employee authorization process for new hires. | ITAR Verification and Employment Authorization Tracking_Redacted.pdf |
| 22 | Policies, Procedures, Training Manuals | Overview of prohibited lines of questioning during job interviews. | Legal Donts Checklist rev 4.pdf |
| 23 | Hutter Materials | Copy of Doug Talmadge's notes from Fabian Hutter interview. | New scorecard submitted for Fabian Hutter (Technical Strategy Associate).pdf |
| 24 | Policies, Procedures, Training Manuals | Default SpaceX offer letter. | Offer Letter Template.pdf |
| 25 | Policies, Procedures, Training Manuals | Checklist for new hires regarding employee onboarding. | Onboarding Checklist-Hawthorne (v3).pdf |
| 26 | Policies, Procedures, Training Manuals | Screenshot of ITAR status questionnaire for new hires. | Preview Questionnaire - Workday_Redacted.pdf |
| 27 | Policies, Procedures, Training Manuals | Overview of required paperwork for new hires. | Recruiter Onboarding.pdf |
| 28 | Hutter Materials | Resume for Fabian Hutter. | Resume.pdf |
| 29 | Policies, Procedures, Training Manuals | Sample correspondence for new job applicants. | Sample Interview Confirmation.pdf |
| 30 | Policies, Procedures, Training Manuals | Employee handbook for SpaceX. | SpaceX Employee Handbook.pdf |

| # | DOCUMENT TYPE | DOCUMENT DESCRIPTION | FILE NAME |
|---|---|---|---|
| 31 | Policies, Procedures, Training Manuals | Instructions for how to conduct job interview. | SpaceX Interviewer Cheat Sheet v2.pdf |
| 32 | Policies, Procedures, Training Manuals | Template used by SpaceX to confirm ITAR status for new employees. | SpaceX ITAR Cert Workday steps.pdf |
| 33 | Policies, Procedures, Training Manuals | Template used by SpaceX to confirm ITAR status for new employees. | SpaceX ITAR Questionnaire Only.pdf |
| 34 | Personnel Data | E-Verify data for 3500+ SpaceX employees. | SPX I-9 E-Verify Data.xlsx |
| 35 | Job Posting | Job posting for Technical Strategy Associate. | Technical Strategy Associate-Job Description(8456).pdf |
| 36 | Job Posting | Background information on Technical Strategy Associate position. | Technical Strategy Associate-Job Info.pdf |
| 37 | Policies, Procedures, Training Manuals | Step-by-step instructions for using credit report application. | The Work Number.pdf |
| 38 | Policies, Procedures, Training Manuals | Step-by-step instructions for approving employee timesheets. | UTM-Approving-Employee-Timesheets.pdf |
| 39 | Policies, Procedures, Training Manuals | Step-by-step instructions for responding to leave requests. | UTM-Responding-to-Requests-TimeOff.pdf |
| 40 | Policies, Procedures, Training Manuals | Instructions for certifying ITAR status. | View_Questionnaire_SpaceX ITAR Status Certificate.pdf |
| 41 | Personnel Data | Job title, hire date, and wage information for 2700+ Space X employees hired between June 2019 to June 2020. | Workday Report - All hires 6.1.19-6.12.20 (Production).xlsx |