UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a SPACEX,<br><br>　　　　　　Respondent. | Case No. 2:21-mc-00043-DMG-MRW<br><br>**[PROPOSED] ORDER DENYING UNITED STATES' APPLICATION FOR ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA**<br><br>Date Action Filed: January 28, 2021<br>Judge: Hon. Michael R. Wilner<br><br>Date:  March 18, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 550<br><br>**HEARING VIA ZOOM** |

[PROPOSED] ORDER DENYING UNITED STATES' APPLICATION FOR ORDER
TO COMPLY WITH ADMINISTRATIVE SUBPOENA

The Court, having considered the United States' Application for Order Requiring Compliance with Administrative Subpoena [Dkt. # 1], all responses and replies therto, and the arguments of counsel, if any, finds that the United States' Application should be DENIED.

IT IS HEREBY ORDERED that the United States' Application for Order Requiring Compliance with Administrative Subpoena is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2021          By _____