JENNIFER A. DEINES (SBN 334877)
Acting Deputy Special Counsel
C. SEBASTIAN ALOOT (SBN 68410)
Special Litigation Counsel
LISA R. SANDOVAL (NY SBN 5108865)
SEJAL P. JHAVERI (NY SBN 5396304)
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-532-5736 (Sandoval)
202-305-7376 (Jhaveri)
202-616-5509 (Fax)
Lisa.Sandoval@usdoj.gov
Sejal.Jhaveri@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., d/b/a SPACEX,<br><br>　　　　Respondent. | No.<br><br>**DECLARATION OF LISA R. SANDOVAL IN SUPPORT OF APPLICANT'S REPLY TO RESPONDENT'S OPPOSITION TO UNITED STATES' APPLICATION FOR ORDER TO COMPLY WITH ADMINISTRATIVE SUBPOENA** |

**DECLARATION OF LISA R. SANDOVAL**

I, Lisa R. Sandoval, do hereby declare and state as follows:

1. I am a Trial Attorney employed by the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section ("IER"), and am assigned to handle this investigation within my office. As such, I have personal knowledge of the matters stated herein, and could and would competently testify thereto if called upon as a witness.

2. At the time it opened its investigation, IER had information supporting a reason to believe that Space Exploration Technologies Corp., d/b/a SpaceX "SpaceX" may be engaging in a pattern or practice of discrimination in violation of § 1324b(a)(1) and (6).

3. On May 29, 2020, IER accepted as complete a charge of employment discrimination from an individual, alleging that SpaceX discriminated against him based on his citizenship status when it failed to fairly consider him for a position and made inquiries about his citizenship status during the interview process, in violation of 8 U.S.C. § 1324b(a)(1) and (a)(6). Charging Party did not allege that SpaceX discriminated against him based on his national origin, IER did not include such allegation in its summary of the charge in its notice letter, and IER is not investigating any national origin claim under § 1324b(a)(1)(A) related to his charge.

4. On September 28, 2020, IER timely notified SpaceX via email that IER was continuing its investigation, as it had not yet determined whether a violation of § 1324b had occurred. The email delivery confirmation receipt reflects that SpaceX, through Vice President of Legal Christopher Cardaci, who at the time was representing SpaceX in the investigation, received the notice on Monday, September 28, 2020. A true and correct copy of the September 28, 2020 transmission email, IER's letter notifying SpaceX of the continuation of the investigation, and email delivery confirmation receipt are attached as Exhibit 1.

5. As part of the ongoing investigation, SpaceX produced Doug Tallmadge's complete feedback memo for Charging Party to IER via email on September 14, 2020, in the format of a .PDF file titled, "[]Interview Feedback." Mr. Tallmadge's complete feedback memo for Charging Party, titled a "scorecard," shows Mr. Tallmadge positively rated Charging Party's application on March 2, 2020, at 5:04 p.m., after which a hiring manager stated about Charging Party on March 2, 2020, at 10:00 p.m., "Not a US citizen which is going to make it hard . . . ." A true and correct copy of Mr. Tallmadge's complete feedback memo, with redactions of personally identifiable information, is attached as Exhibit 2.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this March 12, 2021 in Silver Spring, MD.

                                             /s/ *Lisa R. Sandoval*
                                      LISA R. SANDOVAL
                                      Trial Attorney