# EXHIBIT 1

| | |
|---|---|
| **From:** | Sandoval, Lisa (CRT) |
| **To:** | Chris Cardaci |
| **Cc:** | Jhaveri, Sejal (CRT) |
| **Subject:** | Discrimination charge against Space Exploration Technologies Corp. d/b/a SpaceX, #197-12C-1681 |
| **Date:** | Monday, September 28, 2020 8:55:14 AM |
| **Attachments:** | LTR_CNT_RP_12C-1681-2020-9-28.pdf |

Hi Chris,

Attached please find a letter from IER explaining that our office will continue its investigation of SpaceX.

Best regards,


Lisa Sandoval
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Immigrant and Employee Rights Section
T: (202) 353-6175
C: (202) 532-5736

**U.S. Department of Justice**

Civil Rights Division

*Immigrant and Employee Rights Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*
*Main (202) 616-5594*
*Fax (202) 616-5509*

September 28, 2020

**By E-Mail**

Chris Cardaci
Corporate Counsel
Space Exploration Technologies Corp. d/b/a SpaceX
1155 F Street NW, Suite 475
Washington, DC 20004
Christopher.Cardaci@spacex.com

RE: Discrimination Charge Filed Against Space Exploration Technologies Corp. d/b/a SpaceX, DJ Number 197-12C-1681

Dear Mr. Cardaci:

This letter is to inform you of the status of the investigation concerning the above-referenced discrimination charge. The Immigrant and Employee Rights Section ("IER") has not yet determined whether there is reasonable cause to believe a violation of 8 U.S.C. § 1324b occurred or whether to file a complaint against Space Exploration Technologies Corp. d/b/a SpaceX before an administrative law judge at the Office of the Chief Administrative Hearing Officer ("OCAHO"). Therefore, we are continuing our investigation.

The Charging Party now has the right to file a complaint with OCAHO. 8 U.S.C. § 1324b(d)(2); 28 C.F.R. § 44.303(c). If the Charging Party files a complaint, the complaint must be filed within 90 days of receiving our letter notifying the Charging Party of this right. IER may also file a complaint or seek to intervene in any proceeding the Charging Party might initiate. *Id.*

Please contact Ms. Sandoval at (202) 532-5736 or Ms. Jhaveri at (202)-532-5610 if you have any questions regarding this investigation.

Sincerely,

Alberto Ruisanchez
Deputy Special Counsel

By:

Lisa Sandoval
Sejal Jhaveri
**Trial Attorneys**

Ex. 1
Page 2

| | |
|---|---|
| **From:** | Mail Delivery Subsystem |
| **To:** | Christopher.Cardaci@spacex.com |
| **Subject:** | Relayed: Discrimination charge against Space Exploration Technologies Corp. d/b/a SpaceX, #197-12C-1681 |
| **Date:** | Monday, September 28, 2020 9:01:52 AM |
| **Attachments:** | Discrimination charge against Space Exploration Technologies Corp. dba SpaceX #197-12C-1681.msg |

The original message was received at Mon, 28 Sep 2020 12:55:17 GMT
from [10.187 137.62]
   ----- The following addresses had successful delivery notifications -----
<Christopher.Cardaci@spacex.com>  (relayed to non-DSN-aware mailer)
   ----- Transcript of session follows -----
<Christopher.Cardaci@spacex.com>... relayed; expect no further notifications

Ex. 1
Page 3

# EXHIBIT 2

SpaceX Proprietary and Confidential Information

Interview Feedback, Jun 8, 2020
**Technical Strategy Associate**
Redmond, WA

## Personal Info

Phone number
▮▮▮▮▮▮▮ (other)

Email
▮▮▮▮▮▮▮▮▮▮

Address
--

Social Media
--

Websites
--

## Other Details

School (Undergraduate)
--

School - Other (Undergraduate)
--

Major (Undergraduate)
--

Major - Other (Undergraduate)
--

Start Date (Undergraduate)
--

End Date (Undergraduate)
--

GPA (Undergraduate)
▮▮▮▮▮▮

School (Graduate)
--

School - Other (Graduate)
--

Major (Graduate)
--

Major - Other (Graduate)
--

Start Date (Graduate)
--

End Date (Graduate)
--

GPA (Graduate)
Not applicable

School (Doctorate)
--

SpaceX Proprietary and Confidential Information

School - Other (Doctorate)

--

Major (Doctorate)

--

Major - Other (Doctorate)

--

Start Date (Doctorate)

--

End Date (Doctorate)

--

GPA (Doctorate)

--

SAT Score



ACT Score



GRE Score



GMAT Score



Campus Rating

--

Student Group(s)

--

LinkedIn Profile

--

Employee ID

--

Certifications

--

Security Clearances

Not Applicable

Accomplishment #1

--

SpaceX Proprietary and Confidential Information
Powered by Greenhouse

Ex. 2

Page 5

3

Accomplishment #2
--

Accomplishment #3
--

Accomplishment #4
--

Accomplishment #5
--

Accomplishment #6
--

Education Confirmation
--

| Source | Responsibility |
|---|---|

Responded to an ad on LinkedIn Limited Listing

Recruiter
Jesse Klekamp

Coordinator
Abigail Bentz

**Candidate Application**

**Job Post Questions**

GPA (Undergraduate)


GPA (Graduate)


SAT Score


ACT Score

GRE Score

GMAT Score


SpaceX Employment History
I have never worked for SpaceX

SpaceX Proprietary and Confidential Information

4

If applicable, what is / was your SpaceX email address?

--

How many years of professional work experience do you have?

2

Active Security Clearance(s)

Not Applicable

LinkedIn Profile

--

Additional Link

--

How did you hear about this job?

Company Website

Please specify

--

Are you legally authorized to work in the United States?

I am authorized to work in the United States for any employer

Citizenship Status

(b) U.S. lawful permanent resident

If (f) Other, please explain:

--

SpaceX Proprietary and Confidential Information
Powered by Greenhouse

Ex. 2

Page 7

SpaceX Proprietary and Confidential Information

5

# Scorecards for ▇

**Overall Recommendations**

| Doug Tallmadge | 👍 Yes | Application Review |
| ▇ | ❓ No Decision | Hiring Manager Application Review |
| Doug Tallmadge | 👎 No | Phone Interview #1 |

**Scorecard Summary**

**Attributes**

Flexibility & Adaptability    👎

Motivation    👎

---

**Application Review**  Mar 2, 2020 5:04pm

**Interviewed by Doug Tallmadge** | 👍 Yes

Key Take-Aways
Phone screen

---

**Hiring Manager Application Review**  Mar 2, 2020 10:00pm

**Interviewed by** ▇ | ❓ No Decision

Key Take-Aways
Not a US citizen which is going to make it hard but we are going to need people who know things about Europe soon

---

**Phone Interview #1**  Mar 11, 2020 2:20pm

**Interviewed by Doug Tallmadge** | 👎 No

Key Take-Aways

Did not show flexibility when asked to think through Starlink specific constellation questions. Unclear on motivation for working on Starlink or in explaining why he started his 2 startups and now is moving on from them.

Recommend reject as motivation in particular was concerning and he didn't show strength on the starlink strategy questions.

Recommended next step:
Reject – Would not recommend candidate for SpaceX

SpaceX Proprietary and Confidential Information

**Attributes**

| | |
|---|---|
| Flexibility & Adaptability | 👎 |
| Motivation | 👎 |

SpaceX Proprietary and Confidential Information
Powered by Greenhouse