1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. Misc. 21-43 DMG (MRWx) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SPACE EXPLORATION TECHNOLOGIES CORP. d/b/a SPACEX, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Application, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Respondent has objected, and the government's response. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that the Application for an order compelling
2  compliance with the government's subpoena is GRANTED and judgment is
3  entered in the government's favor.
4
5
6  DATED:  June 30, 2021        _____
                                 DOLLY M. GEE
7                                UNITED STATES DISTRICT JUDGE

2