JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. d/b/a SPACEX,<br><br>Respondent. | Case No. Misc. 21-43 DMG (MRWx)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the government's application for enforcement of its administrative subpoena is GRANTED. Respondent SpaceX is ORDERED to comply in full with the subpoena within 21 days.

DATED: June 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE